IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UBS FINANCIAL SERVICES INC. and UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO,<br><br>    *Petitioners*,<br><br>v.<br><br>RAFAEL VIZCARRONDO and MERCEDES IMBERT DE JESÚS,<br><br>    *Respondents*. | Civil No. 16-03220 (PAD) |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

COME NOW Petitioners UBS Financial Services Inc. and UBS Financial Services Incorporated of Puerto Rico and Respondents Rafael Vizcarrondo and Mercedes Imbert de Jesús (collectively, "the Parties") and, through their undersigned counsel, respectfully notify the Court that the Parties have agreed on the terms of a settlement as to all outstanding claims. The Parties are finalizing the written settlement agreement and will file a stipulation of dismissal within the next thirty (30) days.

   Dated: August 28, 2017        Respectfully Submitted,
   San Juan, Puerto Rico

| | |
|---|---|
| /s/ José A. Andréu-García | /s/ Roberto C. Quiñones-Rivera |
| José A. Andréu-García | Roberto C. Quiñones-Rivera |
| (USDC-PR 110304) | (USDC-PR No. 211512) |
| ANDREU & SAGARDIA | María C. Cartagena Cancel |
| 261 Ave. Domenech | (USDC-PR No. 224204) |
| San Juan, PR 00918 | MCCONNELL VALDÉS LLC |
| Tel: (787) 754-1777 | 270 Muñoz Rivera Ave. |
| Fax: (787) 763-8045 | Hato Rey, PR 00981 |
| | Tel: (787) 250-2604 |
| | Fax: (787) 759-2631 |

| | |
|---|---|
| -and- | -and- |
| Timothy J. Dennin (admitted *pro hac vice*)<br>TIMOTHY J. DENNIN, P.C.<br>316 Main Street<br>Northport, NY 11768<br>Tel: (631) 261-0250<br>Fax: (631) 261-0395<br><br>*Attorneys for Respondents Rafael Vizcarrondo and Mercedes Imbert de Jesús* | Peter J. Macdonald (admitted *pro hac vice*)<br>Ross E. Firsenbaum (admitted *pro hac vice*)<br>Adriel I. Cepeda Derieux (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Attorneys for Petitioners UBS Financial Services Inc. and UBS Financial Services Incorporated of Puerto Rico* |