IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UBS FINANCIAL SERVICES, <u>ET AL.</u>,**<br><br>   **Plaintiff,**<br><br>                              **v.**<br><br>**RAFAEL VIZCARRONDO, <u>ET AL.</u>**<br><br>   **Defendants.** | **CIVIL NO.  16-3220 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 50), judgment is hereby entered dismissing petitioner' claims with prejudice, without costs to any party and without right of appeal. Each party will bear its own attorneys' fees and costs.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of October, 2017.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge